No. 74–6697.  Young v. Superintendent, Maryland Correctional Institution.  C. A. 4th Cir.  Certiorari denied.

No. 74–6734.  Morris v. Wyrick, Warden.  C. A. 8th Cir.  Certiorari denied.

No. 74–6740.  Thomas v. California Department of Motor Vehicles et al.  Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 74–6742.  Brantley v. Sullivan et al.  C. A. 5th Cir.  Certiorari denied.

No. 75–36.  Davidson v. Kirby et al.  C. A. 2d Cir. Certiorari denied.

No. 75–48.  Sutton v. United States.  C. A. D. C. Cir.  Certiorari denied.

No. 75–56.  Neville v. United States.  C. A. 8th Cir.  Certiorari denied.

No. 75–68.  Gary-Hobart Water Corp. v. National Labor Relations Board et al.  C. A. 7th Cir.  Certiorari denied.

No. 75–97.  Fields v. South Carolina.  Sup. Ct. S. C.  Certiorari denied.

No. 75–99.  Parlane Sportswear Co., Inc. v. Mathews, Secretary of Health, Education, and Welfare, et al.  C. A. 1st Cir.  Certiorari denied.

No. 75–107.  Katranis et al. v. United States. C. A. 6th Cir.  Certiorari denied.